IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. LEONARD JAMES HILTON, Defendant. | CR 20-78-GF-BMM  PRELIMINARY ORDER OF FORFEITURE |
|---|---|

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture.  Defendant Leonard James Hilton appeared before the Court on March 16, 2021, and entered a plea of guilty to the sole count contained in the Indictment.  He also admitted the forfeiture allegation.  Hilton's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

1

THAT Hilton's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

- HS Produkt, model XD45, .45 caliber pistol, with serial number XD611574; and

- 9 rounds of assorted ammunition, .45 caliber.

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms, and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. §§ 924(d) and 982(b)(1), and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

DATED this 16th day of March 2021.

_____
Brian Morris, Chief District Judge
United States District Court